

**SO ORDERED,**

**Judge Selene D. Maddox**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | | |
|---|---|---|---|
| **IN RE:** | ) | | |
| | ) | | |
| **WILLIE J. JACKSON,** | ) | Case No.: | 17-12602-SDM |
| | ) | | |
| **Debtor.** | ) | Chapter 11 |  |

| | | | |
|---|---|---|---|
| **WILLIE J. JACKSON,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| v. | ) | A.P. No.: | 19-01001-SDM |
| | ) | | |
| **GUARANTY BANK &** | ) | | |
| **TRUST COMPANY** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

### ORDER HOLDING ADVERSARY PROCEEDING IN ABEYANCE

This matter comes before the Court *sua sponte*. Willie Jackson (the "Debtor") filed his Complaint for Injunction (Dkt. #1) and Emergency Motion for Temporary Restraining Order (Dkt. #2) in an effort to stop a foreclosure by Guaranty Bank & Trust Company ("Guaranty"). Later, the Court entered an Agreed Order Resolving Motion for Temporary Restraining Order ("the Agreed Order") (Dkt. 12), giving the Debtor until March 1, 2019 to become current on any monthly payments owed to Guaranty. Unhappy with the resolution negotiated by his attorney, the Debtor, pro se, filed a Motion to Reconsider (Dkt. #15). The Court held a hearing and granted the Debtor's Motion to Reconsider in part. (Dkt. #19). Later, the Debtor, pro se, filed a Notice of Appeal of Final Order (Dkt. #21). Therefore, it is

**ORDERED, ADJUDGED** and **DECREED** that all deadlines in this adversary proceeding are suspended and the adversary proceeding is **HELD IN ABEYANCE** pending the resolution of the appeal.

##END OF ORDER##